| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email address | FOR COURT USE ONLY |
|---|---|
| **D. Justin Harelik**<br>**Westgate Law**<br>**15760 Ventura Boulevard, Suite 800**<br>**Encino, CA 91436**<br>**(818)200-1495 Fax: (818)574-6022**<br>California State Bar Number: **236710**<br>**justin@westgatelaw.com** | |

☐ *Individual appearing without attorney*
☑ *Attorney for:* Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re<br>**Nicole E. House**<br><br>Debtor(s). | CASE NO.: **2:15-bk-24426-WB**<br>CHAPTER 13 |
|---|---|
| | **MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No Hearing Required] |

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to (*check all that apply*):
   ☐ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☑ Cure the infeasibility of the plan.
   ☑ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 plan:
   The Order Confirming Plan was entered on __11/25/2015__.
   Plan payment amount(s): $ __1750 month 1-12, $2,000 thereafter__ per month.
   Length of plan: __60__ months.
   Percentage paid to Class 5 general unsecured creditors: __100__%.

4. There have been __0__ previous modification or suspension orders.
   Plan payments have been suspended for ___ months and/or the plan has been extended for ___ months.

5. Current plan terms (*complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order*):
   Plan payment amount(s): $___ per month.
   Length of plan: ___ months.
   Percentage paid to Class 5 general unsecured creditors: ___%.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 1     **F 3015-1.05.MOTION.MODIFY.SUSPEND**

6. Proposed modification:
   - ☐ Suspend *(indicate number of plan payments)* __ plan payments.
   - ☐ Extend the term by *(indicate number of months)* __ month(s).
   - ☐ Reduce the term by *(indicate number of months)* __ month(s).
   - ☐ Increase the plan payment from $___ to $___ from *(date)* _____ to *(date)* _____.
   - ☐ Reduce the plan payment from $___ to $___ from *(date)* _____ to *(date)* _____.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's(s') circumstances have changed in the following respect:

**Debtor's income and expenses have remained relatively the same. In Debtor's original Schedule F, Debtor listed Liberty Trust Company and an unsecured amount of $23,000.**

**On January 26, 2016, Performance Arbitrage Company, on behalf of Liberty Trust Company, filed a Proof of Claim ("POC"). The POC was a personal loan that is secured by Debtor's pension. The amount of the claim along with the mandatory fees and interest is $57,173.20. The claim also needs to be treated as a secured claim and must be paid in full during the 60 month Chapter 13 plan.**

**Therefore, this Motion to Modify addresses both the higher claim amount and the resulting reduction in the percentage paid to Debtor's unsecured creditors.**

**Income and expenses are about the same as listed at the time of filing. Debtor has seen an increase in spending on fuel and medical expenses for her two children.**

*File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.*

8. If this motion is granted, the last plan payment due would be payable __ months after the first plan payment was due.

9. If this motion is granted:
   - ☐ There will be no change in the percentage paid to Class 5 general unsecured creditors,
   
   OR
   
   - ☑ The percentage paid to Class 5 general unsecured creditors will change from __100__% to __58__%.

Date: 4-6-16

D. Justin Harelik 236710
Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.
Date: 4-6-16

Nicole E. House
Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 3015-1.05.MOTION.MODIFY.SUSPEND

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15760 Ventura Blvd., Suite 800
Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): __Motion Under Local Bankruptcy Rule 3015-1(n) and (w) To Modify Plan or Suspend Plan Payments__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **04-06-2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Nancy K Curry (TR) ecfnc@trustee13.com

- D Justin Harelik justin@westgatelaw.com, enotice@pricelawgroup.com;nazy@westgatelaw.com

- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **04-06-2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Julia W. Brand
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04-06-2016 | **Nazy Hafezzada** | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 3015-1.05.MOTION.MODIFY.SUSPEND

```
Label Matrix for local noticing          Employment Development Dept.            Franchise Tax Board
0973-2                                   Bankruptcy Group MIC 92E                Bankruptcy Section MS: A-340
Case 2:15-bk-24426-WB                    P.O. Box 826880                         P.O. Box 2952
Central District of California           Sacramento, CA 94280-0001               Sacramento, CA 95812-2952
Los Angeles
Wed Apr  6 11:24:15 PDT 2016

Los Angeles City Clerk                   Los Angeles Division                    American InfoSource LP as agent for
P.O. Box 53200                           255 East Temple Street,                 T Mobile/T-Mobile USA Inc
Los Angeles, CA 90053-0200               Los Angeles, CA 90012-3332              PO Box 248848
                                                                                 Oklahoma City, OK  73124-8848


Army & Air Force Exchange Services       Capital 1 Bank                          Capital One Bank (USA), N.A.
c/o Bass & Associates, P.C.              Attn: General Correspondence            PO Box 71083
3936 E. Ft. Lowell Suite 200             Po Box 30285                            Charlotte, NC  28272-1083
Tucson, AZ 85712-1083                    Salt Lake City, UT 84130-0285


(p)CASHCALL INC                          Check 'n Go                             Check N Go
1 CITY BOULEVARD WEST                    C/O Real Time Resolutions, Inc.         4037 Hardwick Street
SUITE 1000                               PO Box 566027                           Lakewood, CA 90712-2350
ORANGE CA 92868-3611                     Dallas, TX 75356-6027


Citi Advantage                           (p)CITIBANK                             Credit Mgmt
Citi Bank Bankruptcy                     PO BOX 790034                           4200 International Pkwy
Po Box 6500                              ST LOUIS MO 63179-0034                  Carrollton, TX 75007-1912
Sioux Falls, SD 57117-6500


ER Solutions/Convergent Outsourcing, INC First Collection Svcs                   HC PROCESSING CENTER
Po Box 9004                              Pob 3564                                POB 829
Renton, WA 98057-9004                    Little Rock, AR 72203-3564              SPRINGDALE AR 72765-0829


Hunter Warfield                          Internal Revenue Service                Kimball, Tirey & St. John LLP
Attention: Collections Department        Centralized Insolvency Operations       7676 Harard Center Drive
4620 Woodland Corporate Blvd             P.O. Box 7346                           Suite 900
Tampa, FL 33614-2415                     Philadelphia, PA 19101-7346             San Diego, CA 92108-4515


Liberty Trust Company                    Midland Credit Management Inc           (p)CREDITORS BANKRUPTCY SERVICE
8226 Douglas Avenue                      as agent for Midland Funding LLC        PO BOX 800849
Suite 520                                PO Box 2011                             DALLAS TX 75380-0849
Dallas, TX 75225-5927                    Warren MI 48090-2011


Navy Federal Cr Union                    Navy Federal Credit Union               Oak Harbor Capital XI, LLC
820 Follin Ln Se                         PO Box 3000                             C O WEINSTEIN & RILEY, PS
Vienna, VA 22180-4907                    Merrifield VA  22119-3000               2001 WESTERN AVENUE, STE 400
                                                                                 SEATTLE, WA 98121-3132


Pacific Bell Telephone Company           Performance Arbitrage Company           Pioneer Mcb
% AT&T Services, Inc                     200 E. Main Street                      4000 S Eastern Ave Ste 3
Karen Cavagnaro, Paralegal               Easley, SC 29640-2166                   Las Vegas, NV 89119-0824
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693
```

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Progressive Manageme
Po Box 2220
West Covina, CA 91793-2220

Quantum3 Group LLC as agent for
Pioneer Services
PO Box 788
Kirkland, WA  98083-0788


Sears/cbna
Po Box 6283
Sioux Falls, SD 57117-6283

Silverman Theologou, LLP
11630 Chayote St
Los Angeles, CA 90049-3340

Superior Court of CA-Riverside
30755-D Auld Road
Case #MCC1500273
Murrieta, CA 92563-2581


Synchrony Bank/PayPal Cr
Attn:Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Trading Financial Credit, LLC
3055 Wilshire Blvd. #105
Los Angeles, CA 90010-1147

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560


D Justin Harelik
15760 Ventura Bl Ste 800
Encino, CA 91436-3018

Nancy K Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017-2466

Nicole E. House
2335 E Colorado Blvd Ste 115-109
Pasadena, CA 91107-6833


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Cashcall Inc
Attn:Bankruptcy Department
1600 S Douglass Rd
Anaheim, CA 92806

Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

Military Star
3911 Walton Walker
Dallas, TX 75266


Portfolio Recovery Associates, LLC
c/o Sears Gold Mastercard
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients    41
Bypassed recipients     0
Total                  41