| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>D. Justin Harelik, Bar #: 236710<br>Westgate Law<br>15760 Ventura Blvd., Suite 800<br>Encino, CA 91436<br>Phone #: 818-200-1495<br>Fax #: 818-574-6022<br>email: justin@westgatelaw.com<br><br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor*<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 13 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** kaaumoan **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In re:<br><br>Nicole E. House,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-24426-WB<br><br>CHAPTER: 13<br><br>**ORDER ON:**<br>☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on Debtor's motion filed on (*date*) <u>04-06-2016</u> as docket entry number <s>29 and the recommendation of the chapter 13 trustee,</s> it is ordered that Debtor's motion is:

☒    Granted        ☐    Denied

☐    Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐    Granted on the following conditions:

☐    Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: May 13, 2016

Julia W. Brand
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 3015-1.14.ORDER.CH13.GENRL**