NANCY CURRY
CHAPTER 13 STANDING TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA 90017
(213)689-3014 FAX (213)689-3055

```
                        UNITED STATES BANKRUPTCY COURT
                        CENTRAL DISTRICT OF CALIFORNIA
                            LOS ANGELES DIVISION

IN THE MATTER OF:              ) CHAPTER 13
                               )
HOUSE, NICOLE E.               ) CASE NO. LA 2:15-bk-24426-WB
                               )
                               ) TRUSTEE'S VOLUNTARY DISMISSAL
                       _Debtor) OF MOTION TO DISMISS

                                 DATE:    June 22, 2016
                                 TIME:    1:30 PM
                                 PLACE:   255 E. Temple St.
                                          Courtroom 1375
                                          Los Angeles, CA 90012
```

   PLEASE TAKE NOTICE THAT the Standing Trustee's Motion to

Dismiss served on February 24, 2016 is hereby voluntarily dismissed.

DATE: June 17, 2016                            /s/ Nancy Curry


PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

   I declare that I am over the age of 18 years and not a party
to the within action; that I am employed by Nancy Curry, Chapter
13 Trustee; and that on June 17, 2016, I served the above
notice by first class mail on:

```
DEBTOR                                 ATTORNEY

HOUSE, NICOLE E.                       D. JUSTIN HARELIK
                                       WESTGATE LAW
2335 E. COLORADO BLVD., STE 115-109    15760 VENTURA BLVD., SUITE 800
PASADENA,  CA 91107                    ENCINO, CA 91436-
```

   I declare under penalty of perjury that the foregoing is
true and complete to the best of my knowledge.
   Executed at Los Angeles, California on June 17, 2016.


                                               /s/ Jaime Mejia